**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 27, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00635-CV

---

### IN RE SUPERIOR CONSULTING GROUP, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-44668**

---

## MEMORANDUM OPINION

On August 20, 2019, relator Superior Consulting Group filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Kristen

Brauchle Hawkins, presiding judge of the 11th District Court of Harris County, to set aside her July 11, 2019 order dissolving a temporary restraining order.

Relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's emergency motion to stay.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.